UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANE DOE, *et al.*,

    Plaintiff(s),

v.                                          Case No. 8:17-cv-1678-T-26TGW

UNITED STATES OF AMERICA, and
PINELLAS COUNTY SCHOOL BOARD,

    Defendant(s).
_____/

## ORDER

**UPON DUE CONSIDERATION** of the Court file, the undersigned hereby disqualifies himself from presiding over this case pursuant to 28 U.S.C. § 455(a). The undersigned has had a long-standing policy of not presiding over cases in which the law firm representing Defendant Pinellas County School Board is attorney of record. The clerk is directed to reassign this case to another District Judge of the Tampa Division pursuant to the clerk's blind rotation system for assignment of civil cases.

**DONE and ORDERED** at Tampa, Florida, on August 10, 2017.

                                                        **RICHARD A. LAZZARA**
                                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO:**
Counsel of Record